No. 10-1794

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

STEPHEN C. VENEKLASE AND REBECCA S. VENEKLASE

Plaintiffs - Appellants,

v

BRIDGEWATER CONDOS, L.C., a Michigan limited liability company

Defendant - Appellee

On Appeal from the United States District Court
for the Western District of Michigan

APPELLANTS' CITATION OF SUPPLEMENTAL AUTHORITIES

David W. Charron (P39455)
Heidi L. Hohendorf (P68944)
Charron & Hanisch, PLC
Attorneys for Plaintiffs-Appellants
4949 Plainfield Ave NE
Grand Rapids, MI 49525
(616) 363-0300

**ORAL ARGUMENT REQUESTED**

# SUPPLEMENTAL AUTHORITY

This supplemental brief is being filed pursuant to Fed. R. App. P. 28(j), which permits a party to advise the Court of pertinent and significant authorities that come to a party's attention after the submission of its brief. On December 14, 2010, an opinion was issued by the Michigan Court of Appeals on 15 consolidated cases in which Appellee was a party, which is directly related to the subject matter of this appeal. *See Bridgewater Condos, LC v. Boersema, et al.* (Mich.Ct.App. 2010 - Case Nos. 293935-293947, 293962and 293963) attached hereto as **Exhibit A.**

On pages 33-36 of Appellant's Brief, they reference these 15 cases and argue that the District Court's award of the Deposit to Appellee Bridgewater Condos, LC was erroneous and premature because the Kent County Circuit Court in the State of Michigan already ruled **against** Bridgewater Condos, LC in these 15 consolidated cases, concluding that the subject purchase agreements (which are identical to Appellants' purchase agreement) were invalid and unenforceable because they failed to comply with the requirements of the Michigan Condominium Act. On page 35 of Appellants' Brief, they note that the decision of the Kent County Circuit Court had been appealed to the Michigan Court of Appeals and that such appeal was currently pending. Accordingly, it is important to bring to this Court's attention the fact that in the attached opinion issued on December 14, 2010, the Michigan Court of Appeals

1

**affirmed** the ruling of the Kent County Circuit Court and held that the subject purchase agreements are invalid and unenforceable, as a matter of law.

Dated: December 21, 2010

Respectfully submitted,
/s/ David W. Charron
David W. Charron (P39455)
Heidi L. Hohendorf (P68944)
Charron & Hanisch, PLC
Attorneys for Plaintiffs-Appellants
4949 Plainfield Ave NE
Grand Rapids, MI 49525
Telephone: (616) 363-0300
Facsimile: (616) 363-0339

# CERTIFICATE OF SERVICE

I certify that on December 21, 2010, I caused the foregoing to be served electronically on the following persons via the ECF system:

Gary Schenk
Curt Rypma
Brent Boncher
SCHENK, BONCHER & RYPMA
601 Three Mile Road, N.W.
Grand Rapids, MI 49544


Dated: December 21, 2010

/s/David W. Charron
David W. Charron
Attorney of Record for Plaintiffs-Appellants Stephen and Rebecca Veneklase